UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GILBERT GARICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social<br>Security Administration,<br><br>　　　　　Defendant, | ) ED CV 08-1875-AHM (SH)<br>)<br>) ORDER ADOPTING REPORT<br>) AND RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; and (2) that the decision of the

1

1 | Commissioner is reversed and remanded for further Proceedings, pursuant to
2 | Sentence 4 of U.S.C. §405(g).
3 |     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
4 | this Order and the Judgment of this date on the Plaintiff and on the United States
5 | Attorney.
6 | DATED: 2\4\2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE