UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

GILBERT GARCIA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, of Social Security Administration,

        Defendant.

) ED CV 08-1875-AHM-(SH)
) JUDGMENT

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of U.S.C. §405(g).

DATED: 2/4/10

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE