JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No. (323) 938-4000
Facsimile No. (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GARCIA, | NO. ED CV 08-1875 AHM (SH) |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand one hundred fifty dollars and no cents ($3,150.00),

IT IS HEREBY ORDERED that plaintiff's counsel, as plaintiff's assignee, be awarded EAJA fees in the amount stipulated.

DATED: ___4/26/11___    _____

UNITED STATES ~~DISTRICT~~ JUDGE

MAG

1